BRETT L. TOLMAN, United States Attorney (#8821)
KARIN M. FOJTIK, Assistant United States Attorney (#7527)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
U.S. DISTRICT COURT

2007 JAN -3  P 3: 23

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | Judge Dee Benson<br>DECK TYPE: Criminal<br>DATE STAMP: 01/03/2007 @ 09:59:50<br>CASE NUMBER: 2:07CR00002  DB |
|---|---|---|
| Plaintiff, | : | INDICTMENT |
| vs. | : | |
| SETH THOMAS LYON, | : | VIO: 18 U.S.C. § 2422(b),<br>Coercion and Enticement For Illegal |
| | : | Sexual Activity |
| Defendant. | | |

The Grand Jury charges:

COUNT I
(18 U.S.C. § 2422(b))

During November and December 2006, in the Central Division of the District of Utah,

SETH THOMAS LYON

the defendant herein, did knowingly and intentionally, by means of a facility of interstate commerce, persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to engage in sexual activity for which a person can be charged with a

criminal offense, and attempted to so persuade, induce, entice, and coerce; all in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

BRETT L. TOLMAN
United States Attorney

KARIN M. FOJTIK
Assistant United States Attorney

2